# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137453(228)

DANIEL ADAIR, *et al.*,
      Plaintiffs-Appellees,

v

STATE OF MICHIGAN,
      Defendant-Appellant.

_____

SC: 137453
COA: 230858

On order of the Chief Justice, the motion by plaintiffs-appellees for extension to July 16, 2009 of the time for filing their brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2009

_____
Clerk